FILED
CLERK, U.S. DISTRICT COURT
APR 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS VEGA, | Case No. CV 08-3186-R (JTL) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is reversed and this case is remanded for further administrative proceedings consistent with the Report and Recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 30, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE